# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Carlos Alberto Ramirez<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCR11-00052-VAP<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>04/30</u>, <u>2013</u>, at <u>11:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>SHERI PYM</u>, in Courtroom <u>4- 3rd Floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 4/26/13                    SHERI PYM
                                  ~~U.S. District Judge~~/Magistrate Judge